# STENGER & STENGER
A MICHIGAN PROFESSIONAL CORPORATION

| | | |
|---|---|---|
| PHILLIP S. STENGER<br>  Admitted in MI, KY, MN, CA, CO, & OH<br>KAY GRIFFITH HAMMOND<br>  Admitted in MI<br>JOSEPH M. JAMMAL<br>  Admitted in MI, MN, WI & TN<br>AMANDA M. SNEATHEN<br>  Admitted in MI & IN<br>AARON S. MURRAY<br>  Admitted in IN<br>ANTHONY J. HUSPASKA<br>  Admitted in OH<br>KEITH A. SPARKS<br>  Admitted in MI & IN<br>M. KYLE FLOYD<br>  Admitted in CA | 2618 EAST PARIS AVE SE<br>GRAND RAPIDS, MICHIGAN 49546<br><br>TELEPHONE (616) 954-2300<br>FACSIMILE (616) 942-9667<br>TOLL FREE (888) 305-7775 | OF COUNSEL<br>LEE T. SILVER<br>  Admitted in MI<br>DOUGLAS W. VANESSEN<br>  Admitted in MI<br>DENISE M. HALLETT<br>  Admitted in IN & IL<br>MELISSA Y. HOFFMAN<br>  Admitted in NJ & PA<br>CINQUE AXAM<br>  Admitted in CA<br>DANIELLE P. ROBERTS<br>  Admitted in CA<br>LISA HASTER<br>  Admitted in MN<br>GARY MARSCHHAUSEN<br>  Admitted in CO |

October 14, 2015

Salvatore Mcgrath

█████ NJ █████

RE: Name of Creditor: LVNV Funding LLC
Total Balance as of the date of this letter: $2,071.35
(The amount reflected above is the amount you owe as of the date of this letter. This amount may change due to interest added to the account after the date of this letter.)

Dear Salvatore Mcgrath:

You have contacted this office indicating a dispute concerning the above-referenced debt. Our client has provided us with the following information:

LVNV Funding LLC has purchased account number **********█████ a former Credit One Bank, N.A. account. This account was originally opened on August 22, 2006 and is an obligation of Salvatore Mcgrath, social security number █████. The last payment was posted to this account on March 5, 2009 in the amount of $60.00. The account was charged off by Credit One Bank, N.A. on August 28, 2009. Enclosed please find a copy of the judgment entered against you on November 1, 2011. Our client has provided documentation regarding this account, which has been attached for your review.

If you feel this verification does not resolve your dispute, or if you wish to discuss this matter further, please feel free to contact our office.

Very truly yours,

STENGER & STENGER, P.C.

Melissa Y. Hoffman, Esq.

**Office Hours:**
Monday                8:00 AM - 7:00 PM EST
Tuesday-Friday    8:00 AM - 6:00 PM EST

THIS FIRM IS A DEBT COLLECTOR. WE ARE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.



EXHIBIT D